| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Barbara A. Edwards,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on May 30, 2018 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>NELSON GONZALEZ,<br><br>       Debtor. | Chapter: 7<br><br>Case No.: 18-13411 (SLM)<br><br>Judge: Stacey L. Meisel |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF**
**FORMAN HOLT AS ATTORNEYS FOR TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 30, 2018**

                /s/ Stacey L. Meisel
                Honorable Stacey L. Meisel
                United States Bankruptcy Judge

F0022355 - 1

Page 2
Debtor:       Nelson Gonzalez
Case No.    18-13411 (SLM)
Caption:     Order Authorizing Retention of Forman Holt as Attorneys for Trustee

_____

      Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  66 Route 17 North, First Floor
                                              Paramus, New Jersey 07652

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
    - ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
    - ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the application was filed with the Court.

F0022355 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Nelson Gonzalez  
    Debtor

Case No. 18-13411-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 30, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db          Nelson Gonzalez,    7914 JFK Boulevard,    North Bergen, NJ   07047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
         Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com
         Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
         Erin   Kennedy    on behalf of Trustee Barbara   Edwards ekennedy@formanlaw.com, jkisla@formanlaw.com
         Jack   Meyerson    on behalf of Plaintiff Claudia   Goni jmeyerson@meyersonlawfirm.com
         Jonathan   Stone    on behalf of Debtor Nelson   Gonzalez jonstonelaw@gmail.com, bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6