Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13411−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Nelson Gonzalez
 aka Nelson Gonzalez, aka Nelson Gonzalez
 Penton, dba Law Officers of Nelson
 Conzalez, PC
 7914 JFK Boulevard
 North Bergen, NJ 07047

Social Security No.:
 xxx−xx−6264

Employer's Tax I.D. No.:
 91−2187457

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/10/18 at 10:00 AM

to consider and act upon the following:

*10* − Motion to Extend Time To Object to Discharge Filed by Barbara Edwards on behalf of Barbara Edwards. Hearing scheduled for 6/19/2018 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Edwards, Barbara)

Dated: 6/15/18

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-13411-SLM
Nelson Gonzalez                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 1         Date Rcvd: Jun 15, 2018
                               Form ID: ntchrgbk          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db              Nelson Gonzalez,    7914 JFK Boulevard,    North Bergen, NJ   07047
aty            +Forman Holt,   66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty            +Muscarella, Bochet, Edwards & D'Alessandro, PC,    Muscarella, Bochet, Edwards & D'Alessand,
                 10-04 River Road,    Fair Lawn, NJ 07410-1433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Debora A. O'Neill    on behalf of Plaintiff Claudia   Goni doneill@meyersonlawfirm.com
              Erin    Kennedy    on behalf of Trustee Barbara   Edwards ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Jack    Meyerson    on behalf of Plaintiff Claudia   Goni jmeyerson@meyersonlawfirm.com
              Jonathan    Stone    on behalf of Debtor Nelson   Gonzalez jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```